DOCUMENTS TO BE SEALED

PLAINTIFF        DOC # __

-V-

DEFENDANT

DOCKET NUMBER: **20 CV 7386**

DATE FILED: SEP 1 0 2020

SIGNED BY: JUDGE LIMAN

DATE SIGNED: SEP 1 0 2020

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

_✓_ COMPLAINT / PETITION ONLY

____ OTHER DOCUMENTS / EXHIBITS