UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>         Plaintiff,<br><br> -against-<br><br>AMYRIS, INC.,<br><br>         Defendant. | No. 20-cv-07386 (JPO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for Defendant Amyris, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant.  The undersigned is admitted to practice before this Court.

Dated: New York, New York
   October 2, 2020

                GIBSON, DUNN & CRUTCHER LLP

                By:  /s/ Brian A. Rosenthal
                   Brian A. Rosenthal

                   200 Park Avenue
                   New York, New York 10166
                   Telephone: 212-351-4000
                   Facsimile: 212-351-4035
                   E-mail:  brosenthal@gibsondunn.com

                   *Attorney for Defendant*