UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>AMYRIS, INC.,<br><br>　　　　　　　　　　Defendant. | No. 20-cv-07386 (JPO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for Defendant Amyris, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant.  The undersigned is admitted to practice before this Court.

Dated: New York, New York
　　　　October 2, 2020

　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　By:  */s/ Oliver J. Fong*
　　　　　　　　　　　　　　　　　　　　　　　Oliver J. Fong

　　　　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-351-4000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 212-351-4035
　　　　　　　　　　　　　　　　　　　　　　　E-mail:  ofong@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*