UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br>                                  Plaintiff, <br><br>     -against- <br><br> AMYRIS, INC., <br><br>                                  Defendant. | No. 20-cv-07386 (JPO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters her appearance as counsel for Defendant Amyris, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant.  The undersigned is admitted to practice before this Court.

Dated: New York, New York
            October 2, 2020

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By:  /s/ *Venus Allahyarzadeh*
                                                    Venus Allahyarzadeh

                                                    200 Park Avenue
                                                    New York, New York 10166
                                                    Telephone: 212-351-4000
                                                    Facsimile: 212-351-4035
                                                    E-mail:  vallahyarzadeh@gibsondunn.com

                                            *Attorney for Defendant*