# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>AMYRIS, INC.,<br><br>                Defendant. | No. 20-cv-07386 (JPO) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, H. Mark Lyon, hereby move this Court for an Order for admission to practice *pro hac vice* and to appear as counsel on behalf of Defendant Amyris, Inc. in the above-captioned case.

I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of any felony and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Attached to this motion is my affidavit pursuant to L.R. 1.3 and a certificate of good standing issued by the Clerk of the Supreme Court of the State of California.

Respectfully submitted,

Dated: October 2, 2020

/s/ *H. Mark Lyon*

H. Mark Lyon

GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333
MLyon@gibsondunn.com

*Attorney for Defendant Amyris, Inc.*

## **CERTICATE OF SERVICE**

I certify that the foregoing document was electronically filed with the Clerk of the Court on October 2, 2020, via the Court's CM/ECF system and has been served on all counsel of record who have consented to electronic service.

Dated: October 2, 2020

/s/ *H. Mark Lyon*

H. Mark Lyon