<u>IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMYRIS, INC., <br><br> Defendant. | No. 20-cv-07386 (JPO) |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of H. Mark Lyon for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | H. Mark Lyon |
| Firm Name: | Gibson, Dunn & Crutcher LLP |
| Address: | 1881 Page Mill Road |
| City/State/Zip: | Palo Alto, CA   94304 |
| Telephone: | 650.849.5326 |
| Facsimile: | 650.849.5026 |
| E-mail: | MLyon@gibsondunn.com. |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Amyris, Inc., in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____

_____
HONORABLE J. PAUL OETKEN
United States District Judge