<u>IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| LAVVAN, INC.,<br><br>               Plaintiff,<br><br>-against-<br><br>AMYRIS, INC.,<br><br>               Defendant. | No. 20-cv-07386 (JPO) |

### AFFIDAVIT OF MICHAEL D. CELIO IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, Michael D. Celio, hereby states as follows:

1. I am a partner at Gibson, Dunn & Crutcher LLP.

2. I submit this affidavit in support of my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of the clerk of the Supreme Court of the State of California attached as Exhibit A, I am a member in good standing of the Supreme Court of the State of California.

4. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, disbarred, or denied admission or readmission by any court.

5. I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discpline of attorneys.

Wherefore, I respectfully request that I be admitted to appear as counsel and advocate *pro hac vice* in this case for Defendant, Amyris, Inc.

Dated: 10/01/20

_____
Michael D. Celio

Subscribed and sworn to (or affirmed) before me ___Phillip Le___ Notary Public on this ___01___ day of October, 2020, by Michael D. Celio, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

PHILLIP LE
COMM. #2231591
Notary Public - California
Santa Clara County
My Comm. Expires Feb. 18, 2022