UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>AMYRIS, INC.,<br><br>　　　　　　　　　　　Defendant. | No. 20-cv-07386 (JPO)<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Amyris, Inc., by and through counsel, hereby states that Amyris, Inc. is a non-governmental corporate party and has no parent corporation.  Koninklijke DSM N.V., a publicly held corporation, possesses a beneficial ownership of more than 10% of Amyris, Inc.'s stock.

|  |  |
|---|---|
| Dated: October 2, 2020 | Respectfully submitted, |
|  |  |
|  | By: /s/ Brian A. Rosenthal |

Brian A. Rosenthal
  brosenthal@gibsondunn.com
Oliver J. Fong
  ofong@gibsondunn.com
Sarah L. Segal
  ssegal@gibsondunn.com
Venus Allahyarzadeh
  vallahyarzadeh@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: 212.351.4000 / Fax: 212.351.4035

Michael D. Celio, (*pro hac vice pending*)
  mcelio@gibsondunn.com
H. Mark Lyon, (*pro hac vice pending*)
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

Michael B. Carlinsky
  michaelcarlinsky@quinnemanuel.com
Kevin P.B. Johnson
  kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: 212.849.7000 / Fax: 212.849.7100

*Attorneys for Defendant Amyris, Inc.*