UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>                                Plaintiff,<br><br>              -against-<br><br>AMYRIS, INC.,<br><br>                                Defendant. | No. 20-cv-07386 (JPO)<br><br><u>Oral Argument Requested</u><br><br>**<u>NOTICE OF AMYRIS, INC.'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated October 2, 2020, the accompanying declaration of Oliver J. Fong, dated October 2, 2020, together with exhibits thereto, and all prior pleadings, papers, and proceedings had herein, and such argument as may be received by this Court at the time of hearing, Defendant Amyris, Inc. will respectfully move this Court, before the Honorable Paul Oetken, United States District Judge, in Courtroom 706 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 and 9 U.S.C §§ 201 *et seq.* ("FAA") (1) compelling Plaintiff Lavvan, Inc. to comply with its agreement and resolve this dispute through arbitration and dismissing this litigation in its entirety; or (2) in the alternative, dismissing this litigation under Federal Rule of Civil Procedure 12(b)(6).

1

Dated: New York, New York
      October 2, 2020

Respectfully submitted,

By:       */s/ Brian A. Rosenthal*

        Brian A. Rosenthal
          brosenthal@gibsondunn.com
        Oliver J. Fong
          ofong@gibsondunn.com
        Sarah L. Segal (*admission pending*)
          ssegal@gibsondunn.com
        Venus Allahyarzadeh
          vallahyarzadeh@gibsondunn.com
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, NY 10166
        Tel.: 212.351.4000 / Fax: 212.351.4035

        Michael D. Celio, (*pro hac vice pending*)
          mcelio@gibsondunn.com
        H. Mark Lyon, (*pro hac vice pending*)
          mlyon@gibsondunn.com
        GIBSON, DUNN & CRUTCHER LLP
        1881 Page Mill Road
        Palo Alto, CA 94304-1211
        Tel.: 650.849.5300 / Fax: 650.849.5333

        Michael B. Carlinsky
          michaelcarlinsky@quinnemanuel.com
        Kevin P.B. Johnson
          kevinjohnson@quinnemanuel.com
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        Tel.: 212.849.7000 / Fax: 212.849.7100

        *Attorneys for Defendant Amyris, Inc.*