RCF **ROCHE CYRULNIK FREEDMAN**

October 13, 2020

**Via ECF**

The Honorable J. Paul Oetken
United States District Court for the Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

Re:    *Lavvan, Inc. v. Amyris Inc.*, No. 20-cv-07386 (JPO)

Dear Judge Oetken:

    We write on behalf of both parties to request that the Court adopt the briefing schedule set forth below regarding Defendant's pending Motion to Compel Arbitration, or in the Alternative, to Dismiss (the "Motion," ECF No. 17).

    The parties propose the following briefing schedule:

| Filing | Original Date | Proposed Date |
| --- | --- | --- |
| Plaintiff's Opposition to the Motion | October 16, 2020 | October 30, 2020 |
| Defendant's Reply Brief in Further Support of Its Motion | October 23, 2020 | November 13, 2020 |

    Neither party has previously requested an extension.

    We thank the Court for its consideration of this request.

                                   Sincerely,

                                    */s/ Jason Cyrulnik*
                                   Jason Cyrulnik
                                   jcyrulnik@rcfllp.com
                                   New York, NY 10016

                                   *Counsel for Lavvan, Inc.*

cc: All counsel of record (by e-file)