AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| LAVVAN, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-07386 (JPO) |
| AMYRIS INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lavvan, Inc.

Date: 10/27/2020

/s/ Daniel M. Stone
*Attorney's signature*

Daniel M. Stone, DS4031
*Printed name and bar number*
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY 10016

*Address*

dstone@rcfllp.com
*E-mail address*

(646) 350-0527
*Telephone number*

(646) 392-8842
*FAX number*