UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC., <br><br> Defendant. | No. 20-cv-07386 (JPO) |

### DECLARATION OF JASON CYRULNIK

I, Jason Cyrulnik, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney with the law firm Roche Cyrulnik Freedman LLP, counsel for Plaintiff Lavvan, Inc. ("Lavvan") in the above-captioned matter. I am over the age of eighteen. I make this declaration in opposition to Amyris, Inc.'s Motion to Compel Arbitration or, in the Alternative, to Dismiss for Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(6). The statements in this declaration are based on my personal knowledge and are true and accurate to the best of my knowledge and belief.

2. On September 10, 2020, Lavvan commenced this action by filing the Complaint with redactions. (*See* Dkt. 2.) The redactions that appear in that version of the Complaint were approved by Judge Liman earlier that day. (*See* Dkt. 1.)

3. Judge Liman did not, however, approve all of the redactions that Lavvan proposed. In particular, Lavvan proposed redactions to certain information that appears in paragraphs 29 through 31 of the Complaint. An excerpt from a true and correct copy of the

version of the Complaint with the redactions that Lavvan proposed to Judge Liman is attached as Exhibit A.

    4.    Judge Liman accepted all of Lavvan's redactions "except for the proposed redactions to paragraphs 29-31." A true and correct copy of that order is attached as Exhibit B.

    5.    Pursuant to that order, Lavvan filed the Complaint without redactions to paragraphs 29 through 31. (*See* Dkt. 2, ¶¶ 29-31.)

Dated: October 30, 2020                    /s/ *Jason Cyrulnik*
                                                                      Jason Cyrulnik