# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC., <br><br> Defendant. | No. _____ <br><br> [PROPOSED] ORDER TO FILE REDACTED COMPLAINT AND TO FILE AN EXHIBIT TEMPORARILY UNDER SEAL |

WHEREAS, Plaintiff LAVVAN, Inc. ("Lavvan") seeks to file its Complaint with redactions (the "Proposed Redactions") and the accompanying exhibit to the Complaint temporarily under seal;

WHEREAS, the Proposed Redactions concern information that Lavvan believes Defendant Amyris, Inc. ("Amyris") may contend should be filed under seal on the basis of contractual confidentiality provisions;

WHEREAS, Lavvan does not believe that any such information can or should be permanently redacted under applicable precedent, but seeks to give Amyris reasonable opportunity to assert its position with respect to any permanent sealing of information;

NOW, THEREFORE, the Court finds that good cause exists for filing the Complaint with the Proposed Redactions and Exhibit A to the Complaint temporarily under seal, and DIRECTS the Clerk of Court to file the Complaint with the Proposed Redactions and Exhibit A to the Complaint temporarily under seal *except for the proposed redactions to paragraphs 27-31*

1