**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAVVAN, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>AMYRIS, INC.,<br><br>   Defendant. | No. 20-cv-07386 (JPO) |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

  Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Lavvan, Inc. ("Lavvan"), by and through counsel, hereby states that it is a non-governmental corporate party and has no parent corporation. No publicly held corporation owns 10% or more of Lavvan's stock.

Dated: November 12, 2020

ROCHE CYRULNIK FREEDMAN LLP

  */s/ Jason Cyrulnik*
Jason Cyrulnik
jcyrulnik@rcfllp.com

Paul Fattaruso
pfattaruso@rcfllp.com

Richard Cipolla
rcipolla@rcfllp.com

Daniel Stone
dstone@rcfllp.com

Stephen Lagos
slagos@rcfllp.com

99 Park Avenue, 19th Floor
New York, NY 10016

*Counsel for Plaintiff, Lavvan, Inc.*