**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Oliver J. Fong
Direct: +1 212.351.6373
Fax: +1 212.817.9573
OFong@gibsondunn.com

November 13, 2020

VIA ECF

The Honorable J. Paul Oetken
United States District Court for the Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

Re:     *Lavvan, Inc. v. Amyris, Inc.*, No. 20-cv-07386 (JPO)

Dear Judge Oetken:

We write on behalf of Defendant Amyris, Inc. ("Amyris") in the above-referenced matter to respectfully request that Your Honor hear argument on Defendant's Motion to Compel Arbitration and Motion to Dismiss, which was fully briefed and submitted today, November 13, 2020. We appreciate the Court's consideration of this request.

Respectfully submitted,


*/s/ Oliver J. Fong*
Oliver J. Fong


cc: All Counsel of Record (*via ECF*)