UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>        Plaintiff,<br><br>  -v-<br><br>AMYRIS, INC.,<br><br>        Defendant. | No. 20-cv-07386 (JPO) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Amyris, Inc. ("Amyris") appeals to the United States Court of Appeals for the Second Circuit under § 16 of the Federal Arbitration Act from the Opinion and Order signed by Judge J. Paul Oetken of this Court on July 26, 2021 (Dkt. 42) denying Amyris's motion to compel arbitration between Amyris and Plaintiff Lavvan, Inc. and from any and all orders and rulings of the Court that were adverse to Amyris and appealable under the Federal Arbitration Act. *See* 9 U.S.C. § 16(a)(1)(B).

Dated: July 27, 2021

             Respectfully submitted,

             By: */s/ Brian A. Rosenthal*

             Brian A. Rosenthal
              brosenthal@gibsondunn.com
             Sarah L. Segal
              ssegal@gibsondunn.com
             Venus Allahyarzadeh
              vallahyarzadeh@gibsondunn.com
             GIBSON, DUNN & CRUTCHER LLP
             200 Park Avenue
             New York, NY 10166
             Tel.: 212.351.4000 / Fax: 212.351.4035

             Michael D. Celio  (admitted *pro hac vice*)

mcelio@gibsondunn.com
H. Mark Lyon (admitted *pro hac vice*)
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

Michael B. Carlinsky
  michaelcarlinsky@quinnemanuel.com
Kevin P.B. Johnson
  kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: 212.849.7000 / Fax: 212.849.7100

*Attorneys for Defendant Amyris, Inc.*