**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAVVAN, INC., <br><br>            Plaintiff, <br><br>  v. <br><br>AMYRIS, INC., <br><br>            Defendant. | **NOTICE OF APPEARANCE** <br><br> No. 20-cv-07386 (JPO) |

      **PLEASE TAKE NOTICE THAT** the undersigned respectfully enters appearance as counsel for Plaintiff, Lavvan, Inc., and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Plaintiff. The undersigned is admitted to practice before this Court.

Dated:  August 13, 2021
           New York, NY

/s/ *Ian M. Dumain*
Ian M. Dumain
CYRULNIK FATTARUSO LLP
55 Broadway, Third Floor
New York, NY 10006
Tel: (646)844-2466

idumain@cf-llp.com

*Attorney for Plaintiff, Lavvan, Inc.*