**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAVVAN, INC., <br>         Plaintiff, <br> v. <br> AMYRIS, INC., <br>         Defendant. | NOTICE OF APPEARANCE <br><br> No. 20-cv-07386 (JPO) |

**PLEASE TAKE NOTICE THAT** the undersigned respectfully enters appearance as counsel for Plaintiff, Lavvan, Inc., and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Plaintiff. The undersigned is admitted to practice before this Court.

Dated:  August 13, 2021
         New York, NY

                                                Evelyn N. Fruchter
                                                CYRULNIK FATTARUSO LLP
                                                55 Broadway, Third Floor
                                                New York, NY 10006
                                                Tel: (646)844-2466
                                                efruchter@cf-llp.com

                                                *Attorney for Plaintiff, Lavvan, Inc.*