

55 BROADWAY, THIRD FLOOR, NEW YORK, NY 10006

August 18, 2021

**By ECF**

Hon. J. Paul Oetken
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:  *Lavvan, Inc. v. Amyris, Inc.*, No. 20-cv-07386 (JPO)

Dear Judge Oetken:

I write on behalf of Plaintiff, Lavvan, regarding Defendant's two letters filed on August 16, 2021, requesting (i) a stay of proceedings in this action pending the outcome of Defendant's interlocutory appeal of the Court's decision denying Defendant's motion to compel arbitration (Dkt. 52); and (ii) permission to file portions of Defendants' first letter under seal (Dkt. 50).

The parties have conferred and agreed, subject to the Court's approval, that Lavvan will submit its responses to the August 16 letters on or before August 27, 2021.

We thank the Court for its attention to this matter and look forward to speaking with the Court at the initial pretrial conference on September 1.

                                            Respectfully,

                                            Ian M. Dumain

cc:    All counsel of record (by ECF)