UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMYRIS, INC., <br><br> Defendant. | No. 20-cv-07386 (JPO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for Defendant Amyris, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant. The undersigned is admitted to practice before this Court.

Dated: New York, New York
       August 26, 2021

                                QUINN EMANUEL URQUHART &
                                SULLIVAN LLP

                                By:  /s/ Michael B. Carlinksy
                                     Michael B. Carlinsky

                                     51 Madison Avenue, 22nd Floor
                                     New York, New York 10010
                                     Telephone: 212-849-7000
                                     Facsimile: 212-849-7100
                                     E-mail: michaelcarlinksy@quinnemanuel.com

                                     *Attorney for Defendant*