UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
Lavvan, Inc.,
:
:
:
                     Plaintiff(s),      :           20__ CV 7386 (JPO)
         -v-                  :
Amyris, Inc.,                              :           CIVIL CASE
                                                :      MANAGEMENT PLAN
                       Defendant(s).      :      AND SCHEDULING
                                                :            ORDER
:
:
------------------------------------------------------------------------X

       This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1.      All parties [consent _____ / do not consent  X  ] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).  The parties are free to withhold consent without adverse substantive consequences.  [If all parties consent, the remaining paragraphs need not be completed.]

2.      Settlement discussions [have  X  / have not _____] taken place.

3.      The parties [have  X  / have not _____] conferred pursuant to Fed. R. Civ. P. 26(f).

4.      Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court.  Any motion to amend or to join additional parties shall be filed within  90  days from the date of this Order.  [Absent exceptional circumstances, thirty (30) days.]

5.      Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than  14  days from the date of this Order.  [Absent exceptional circumstances, fourteen (14) days.]

6.      Fact Discovery

        a.      All fact discovery shall be completed no later than  [see addendum]  . [A period not to exceed 120 days, unless the Court finds that the case presents unique complexities or other exceptional circumstances.]

        b.      Initial requests for production of documents shall be served by  September 13, 2021  .

        c.      Interrogatories shall be served by  September 13, 2021  .

    d.    Depositions shall be completed by  [see addendum]  .

    e.    Requests to admit shall be served by  [see addendum]  .

    f.    Any of the deadlines in paragraphs 6(b) through 6(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 6(a).

7. Expert Discovery

    a.    All expert discovery, including expert depositions, shall be completed no later than May 5, 2022 . [Absent exceptional circumstances, a date forty-five (45) days from the date in paragraph 6(a) (*i.e.*, the completion of all fact discovery).]

    b.    Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before  [see addendum]  .

    c.    Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before  [see addendum]  .

    d.    The interim deadlines in paragraphs 7(b) and 7(c) may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by the date set forth in paragraph 7(a).

8. All motions and applications shall be governed by the Court's Individual Practices.

9. All counsel must meet in person to discuss settlement within fourteen (14) days following the close of fact discovery.

10.     a.    Counsel for the parties have discussed an informal exchange of information in aid of early settlement of this case and have agreed upon the following:

_____
_____
_____
_____
_____
_____
_____
_____

      b.      Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case:

_____
_____
_____
_____

      c.      Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph 10(b) be employed at the following point in the case (*e.g.*, within the next sixty days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery):

_____
_____
_____

      d.      The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11.    Unless otherwise ordered by the Court, any summary judgment motion shall be filed within fourteen (14) days of the close of all discovery. The parties shall submit a Joint Pretrial Order prepared in accordance with Fed. R. Civ. P. 26(a)(3) and the Court's Individual Practices within thirty (30) days of a decision on such motion. If no motion for summary judgment is filed, the parties shall file the Joint Pretrial Order within thirty (30) days of the close of discovery. Any motions in limine shall be filed on or before the date on which the Joint Pretrial Order is due. If this action is to be tried before a jury, proposed voir dire, jury instructions, and verdict form shall also be filed on or before the Joint Pretrial Order due date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the joint submission. Jury instructions may not be submitted after the Joint Pretrial Order due date, unless they meet the standard of Fed. R. Civ. P. 51(a)(2)(A). If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted on or before the Joint Pretrial Order due date.

12.    The parties shall be ready for trial on **21 days after FPO**. [Absent exceptional circumstances, a date within two weeks following the Final Pretrial Order due date.]

13.    This case [is **X** / is not _____] to be tried to a jury.

14.    Counsel for the parties have conferred and their present best estimate of the length of trial is **10 days**.

3

15. Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Fed. R. Civ. P. 26(f)(3), are set forth below.
<u>The Parties propose additional patent-related deadlines reflected in the accompanying addendum.</u>

Counsel for the Parties:

_____        _____

_____        _____

_____        _____

_____        _____

The next Case Management Conference is scheduled for _____ at _____.

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as provided in paragraph 6(f) and 7(d)) shall be made in a written application in accordance with Court's Individual Practices and shall be made no less than two (2) business days prior to the expiration of the date sought to be extended.

SO ORDERED.

_____
J. PAUL OETKEN
United States District Judge

Dated: _____

New York, New York

4

*Lavvan, Inc. v. Amyris, Inc.*, No. 20-CV-7386 (JPO)
Addendum to Proposed Civil Case Management Plan and Scheduling Order (August 27, 2021)

| Item | Proposed Date | Date [Calculated from Sept. 1, 2021] |
|---|---|---|
| Initial pretrial conference and (assumed) entry of scheduling order ("**Initial Conference**") | September 1, 2021 (per ECF 47) | |
| Initial RFPs | [10 days after Initial Conference] | September 13, 2021 (the 11th is a Saturday) |
| Initial ROGs | [10 days after Initial Conference] | September 13, 2021 (the 11th is a Saturday) |
| Initial disclosures | [14 days after Initial Conference] | September 15, 2021 |
| Plaintiff's initial identification of asserted trade secrets | [44 days after Initial Conference] | October 15, 2021 |
| Deadline to amend pleadings | [90 days after Initial Conference] | November 30, 2021 |
| Completion of discovery in support of infringement contentions | [6 months after Initial Conference] | March 1, 2022 |
| Disclosure of asserted claims and infringement contentions and other items required by SDNY Local Patent Rules 6 and 9 | [30 days after completion of discovery in support of infringement contentions] | April 1, 2022 |
| Invalidity contentions | [45 days after infringement contentions] | June 16, 2022 |
| Parties to exchange list of terms for construction, preliminary constructions, and extrinsic evidence (and complete any *Markman* discovery)* | [30 days after invalidity contentions] | July 18, 2022 (the 16th is a Saturday) |
| Joint disputed claim terms chart required by Local Patent Rule 11* | [30 days after exchange of terms] | August 17, 2022 |
| Opening *Markman* brief (by party asserting infringement)* | [30 days after disputed terms submission] | September 16, 2022 |

*Lavvan, Inc. v. Amyris, Inc.*, No. 20-CV-7386 (JPO)
Addendum to Proposed Civil Case Management Plan and Scheduling Order (August 27, 2021)

| Item | Proposed Date | Date [Calculated from Sept. 1, 2021] |
|---|---|---|
| Responsive *Markman* brief* | [30 days from opening brief] | October 7, 2022 |
| Reply *Markman* brief* | [20 days from responsive brief] | October 27, 2022 |
| *Markman* hearing and *Markman* order ("**Markman Order**")* | TBD by Court | |
| If a party is relying on opinion of counsel as part of defense to claim of willful/inducement infringement (per Local Rule 10), that party must produce and make available for inspection all opinions and other documents relating to opinions as to which attorney-client privilege is waived.* | [30 days after **Markman Order**] | TBD |
| Close of fact discovery and completion of fact depositions ("**CoFD**") | [90 days after **Markman Order** or, if Markman process is unnecessary, 60 days after invalidity contentions (August 15, 2022)] | TBD |
| RFAs | [10 days after **CoFD**] | TBD |
| Plaintiff's expert disclosures | [30 days after **CoFD**] | TBD |
| Defendant's expertdisclosures | [60 days after **CoFD**] | TBD |
| Close of expert discovery | [60 days after Defendant's expert disclosures] | TBD |
| Deadline to file MSJs | [14 days after close of all discovery] | TBD |
| Joint pretrial order | [30 days after Court's decision onany MSJs or 30 days after close of discovery] | TBD |
| First day of trial | [21 days after entry of Final Pretrial Order by Court] | TBD |

\*   If necessary and appropriate.

2