# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRA DONIN and INNA GOLOVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUST ENERGY GROUP INC., JUST ENERGY NEW YORK CORP., and JOHN DOES 1 TO 100,<br><br>Defendants. | Case No: 17 Civ. 5787 (WFK) (SJB)<br><br>**MOTION TO WITHDRAW** |

    **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Evelyn N. Fruchter, dated October 28, 2022, I hereby move this Court, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order (1) permitting the withdrawal of Evelyn N. Fruchter as counsel for Defendants in the above-captioned matter as a result of my upcoming departure from Cyrulnik Fattaruso LLP and (2) removing me from the Case Management/Electronic Case Files (CM/ECF) notification list in this matter. Defendants will continue to be represented by Cyrulnik Fattaruso LLP.

Dated: October 28, 2022

                                                                      CYRULNIK FATTARUSO LLP

                                                                      /s/ Evelyn N Fruchter
                                                                      Jason Cyrulnik
                                                                      Evelyn N. Fruchter
                                                                      55 Broadway, 3rd Floor
                                                                      New York, NY 10006
                                                                      jcyrulnik@cf-llp.com

                                                                      *Counsel for Defendants*