UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>AMYRIS, INC.,<br><br>        Defendant. | No. 20-cv-07386 (JPO)<br><br>**MOTION TO WITHDRAW** |

      **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Evelyn N. Fruchter, dated October 28, 2022, I hereby move this Court, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order (1) permitting the withdrawal of Evelyn N. Fruchter as counsel for Plaintiff in the above-captioned matter as a result of my upcoming departure from Cyrulnik Fattaruso LLP and (2) removing me from the Case Management/Electronic Case Files (CM/ECF) notification list in this matter. Plaintiff will continue to be represented by Cyrulnik Fattaruso LLP.

Dated: October 28, 2022

                                            CYRULNIK FATTARUSO LLP

                                            /s/ Evelyn N Fruchter
                                            Jason Cyrulnik
                                            Paul Fattaruso
                                            Ian M. Dumain
                                            Evelyn N. Fruchter
                                            55 Broadway, 3rd Floor
                                            New York, NY 10006
                                            jcyrulnik@cf-llp.com

                                            *Counsel for Plaintiff*