UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC., <br><br> Defendant. | No. 20-cv-07386 (JPO) <br><br> **DECLARATION OF EVELYN N. FRUCHTER IN SUPPORT OF MOTION TO WITHDRAW** |

1.  I am an attorney licensed to practice before this Court and an attorney of record for Plaintiff in the above-captioned matter. Consistent with Local Civil Rule 1.4, I submit this declaration in support of my motion to withdraw as counsel of record for Plaintiff.

2.  This case is currently stayed and my withdrawal will not impact any deadlines in the case.

3.  I am not asserting a retaining or charging lien in connection with this withdrawal.

4.  Plaintiff will continue to be represented by their other attorneys of record at the law firm of Cyrulnik Fattaruso LLP.

5.  A copy of this motion will be served upon the client and all other parties.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 28, 2022

/s/ Evelyn N. Fruchter
Evelyn N. Fruchter