**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAVVAN, INC., <br><br>             Plaintiff, <br><br>      v. <br><br> AMYRIS, INC., <br><br>             Defendant. | No. 20-cv-07386 (JPO) <br><br> **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

The motion of Evelyn N. Fruchter to withdraw as counsel for Plaintiff in the above-captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**.

**SO ORDERED**:

_____
U.S.D.J.

Dated: _____