UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAVVAN, INC.,

        Plaintiff,

  v.

AMYRIS, INC.,

        Defendant.

No. 20-cv-07386 (JPO)

**ORDER GRANTING MOTION TO WITHDRAW**

---

    The motion of Evelyn N. Fruchter to withdraw as counsel for Plaintiff in the above-captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**. The Clerk of Court is directed to close the motion at Docket Number 71.

                                                   **SO ORDERED**:

_____
J. PAUL OETKEN
United States District Judge

Dated: Nov. 1, 2022