UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVVAN, INC.,

                    Plaintiff,

       -v-

AMYRIS, INC.,

                    Defendant.

20-CV-7386 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case has been remanded to this Court following interlocutory appeal to the Second Circuit. (Dkt. No. 69.) Accordingly, counsel for the parties are directed to confer and file a joint status letter on or before Wednesday, February 1, 2023, addressing (1) the status of discovery; (2) the status of any settlement discussions; and (3) a proposed schedule for further proceedings.

The Clerk of the Court is directed to lift the stay in this case.

SO ORDERED.

Dated: January 18, 2023
        New York, New York

_____
J. PAUL OETKEN
United States District Judge