UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>                                 Plaintiff,<br><br>    -against-<br><br>AMYRIS, INC.,<br><br>                                Defendant. | No. 20-cv-07386 (JPO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for Defendant Amyris, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant. The undersigned is admitted to practice before this Court.

Dated: Palo Alto, California
       January 26, 2023

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By: */s/ Chase Beauclair*
                                                Chase Beauclair

                                                1881 Page Mill Road
                                                Palo Alto, CA 94304-1211
                                                Telephone: 650-849-5371
                                                E-mail:  cbeauclair@gibsondunn.com

                                                *Attorney for Defendant*