## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

LAVVAN, INC.,

                Plaintiff,

    -against-

AMYRIS, INC.,

                Defendant.

No. 20-cv-07386 (JPO)

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Kelsey Matevish, hereby move this Court for an Order for admission to practice *pro hac vice* and to appear as counsel on behalf of Defendant Amyris, Inc. in the above-captioned case.

I am a member in good standing of the bar of the State of California (Bar No. 330456), and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of any felony and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Attached to this motion is my affidavit pursuant to L.R. 1.3 and a certificate of good standing issued by the Clerk of the Supreme Court of the State of California.

Respectfully submitted,

Dated:  January 26, 2023                          /s/ Kelsey Matevish

                                                 Kelsey Matevish

                                                 GIBSON, DUNN & CRUTCHER LLP
                                                 555 Mission Street
                                                 San Francisco, CA 94105
                                                 Tel.: 415.393.8269
                                                 KMatevish@gibsondunn.com

                                                 *Attorneys for Defendant Amyris, Inc.*

## CERTICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court on January 26, 2023, via the Court's CM/ECF system and has been served on all counsel of record who have consented to electronic service.

Dated:  January 26, 2023                          /s/ Kelsey Matevish

                                                 Kelsey Matevish