## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br>                  Plaintiff, <br><br> -against- <br><br> AMYRIS, INC., <br><br>                  Defendant. | No. 20-cv-07386 (JPO) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Jessica Valenzuela for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of California and his contact information is as follows:

    Applicant's Name:    Jessica Valenzuela
    Firm Name:    Gibson, Dunn & Crutcher LLP
    Address:    1881 Page Mill Road
    City/State/Zip:    Palo Alto, CA 94304
    Telephone:    650.849.5282
    Facsimile:    650.849.5026
    E-mail:    JValenzuela@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Amyris, Inc., in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____

                                                                   HONORABLE J. PAUL OETKEN
                                                                   United States District Judge