UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>                                    Plaintiff,<br><br>      -against-<br><br>AMYRIS, INC.,<br><br>                                  Defendant. | No. 20-cv-07386 (JPO)<br><br>**MOTION TO WITHDRAW** |

PLEASE TAKE NOTICE that, upon the accompanying declaration of H. Mark Lyon, dated February 2, 2023, I hereby move this Court, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order (1) permitting my withdrawal as counsel for Defendant in the above-captioned matter as a result of my upcoming departure from Gibson, Dunn & Crutcher LLP and (2) removing me from the Case Management/Electronic Case Files (CM/ECF) notification list in this matter.  Defendant will continue to be represented by Gibson, Dunn & Crutcher LLP.

Dated: February 2, 2023

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By: _/s/ H. Mark Lyon_
                                                  H. Mark Lyon

                                                  1881 Page Mill Road
                                                  Palo Alto, CA 94304-1211
                                                  Telephone:  650-849-5307
                                                  E-mail:  mlyon@gibsondunn.com

                                                  *Attorney for Defendant*