UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMYRIS, INC., <br><br> Defendant. | No. 20-cv-07386 (JPO) <br><br> **DECLARATION OF H. MARK LYON IN SUPPORT OF MOTION TO WITHDRAW** |

1. I am an attorney admitted to practice before this Court and an attorney of record for Defendant in the above-captioned matter. Consistent with Local Civil Rule 1.4, I submit this declaration in support of my motion to withdraw as counsel of record for Defendant.

2. The Court lifted its stay on this case on January 18, 2023. Dkt. No. 76. My withdrawal will not impact any deadlines in the case.

3. I do not assert a retaining or charging lien in connection with this withdrawal.

4. Defendant will continue to be represented by their other attorneys of record at Gibson, Dunn & Crutcher LLP.

5. A copy of this motion will be served upon the client and all other parties.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2023

GIBSON, DUNN & CRUTCHER LLP

By: */s/ H. Mark Lyon*
    H. Mark Lyon

    1881 Page Mill Road
    Palo Alto, CA 94304-1211
    Telephone: 650-849-5307
    E-mail: mlyon@gibsondunn.com

*Attorney for Defendant*