**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAVVAN, INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>AMYRIS, INC.,<br><br>                Defendant. | No. 20-cv-07386 (JPO)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

The motion of H. Mark Lyon to withdraw as counsel for Defendant in the above captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**.

Dated: _____

                                                                HONORABLE J. PAUL OETKEN
                                                                 United States District Judge