# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br>   Plaintiff, <br><br> -against- <br><br> AMYRIS, INC., <br><br>   Defendant. | No. 20-cv-07386 (JPO) <br><br> **ORDER GRANTING MOTION TO WITHDRAW** |

The motion of H. Mark Lyon to withdraw as counsel for Defendant in the above captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**.

Dated: February 3, 2023

_____
J. PAUL OETKEN
United States District Judge