UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>AMYRIS, INC.,<br><br>　　　　　　　　　　Defendant. | No. 20-cv-07386 (JPO)<br><br>**MOTION TO WITHDRAW** |

　　　　PLEASE TAKE NOTICE that, upon the accompanying declaration of Kelsey L. Matevish, dated February 3, 2023, I hereby move this Court, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order (1) permitting the withdrawal of Oliver Joe Fong, Sarah L. Segal, and Venus Allahyarzadeh as counsel for Defendant in the above-captioned matter as a result of their departure from Gibson, Dunn & Crutcher LLP and (2) removing those attorneys from the Case Management/Electronic Case Files (CM/ECF) notification list in this matter.  Defendant will continue to be represented by Gibson, Dunn & Crutcher LLP.

Dated: February 3, 2023

　　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　　　By:  */s/ Kelsey Matevish*
　　　　　　　　　　　　　　　　　　　　　　　　　Kelsey Matevish

　　　　　　　　　　　　　　　　　　　　　　　　　555 Mission Street
　　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105-0921
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  415-393-8269
　　　　　　　　　　　　　　　　　　　　　　　　　E-mail:  kmatevish@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*