UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMYRIS, INC., <br><br> Defendant. | No. 20-cv-07386 (JPO) <br><br> **DECLARATION OF KELSEY MATEVISH IN SUPPORT OF MOTION TO WITHDRAW** |

1. I am an attorney admitted to practice before this Court and an attorney of record for Defendant in the above-captioned matter. Consistent with Local Civil Rule 1.4, I submit this declaration in support of the motion to withdraw Oliver Joe Fong, Sarah L. Segal, and Venus Allahyarzadeh as counsel of record for Defendant.

2. This case was stayed pending appeal on September 1, 2021. Dkt. No. 62. Since then, and during the course of the COVID-19 pandemic, our legal team has changed, and former members of that team have moved on to other professional endeavors. In particular, Oliver Joe Fong, Sarah L. Segal, and Venus Allahyarzadeh are not currently employed by Gibson, Dunn & Crutcher LLP.

3. The Court lifted its stay on this case on January 18, 2023. Dkt. No. 76. The withdrawal of Oliver Joe Fong, Sarah L. Segal, and Venus Allahyarzadeh will not impact any deadlines in the case.

4. Oliver Joe Fong, Sarah L. Segal, and Venus Allahyarzadeh do not assert a retaining or charging lien in connection with this withdrawal.

5. Defendant will continue to be represented by their other attorneys of record at Gibson, Dunn & Crutcher LLP.

6. A copy of this motion will be served upon the client and all other parties.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2023

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: */s/ Kelsey Matevish*
                                          Kelsey Matevish

                                          555 Mission Street
                                          San Francisco, CA 94105-0921
                                          Telephone: 415-393-8269
                                          E-mail: kmatevish@gibsondunn.com

                                          *Attorney for Defendant*