# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LAVVAN, INC.,<br><br>                Plaintiff,<br><br>    -against-<br><br>AMYRIS, INC.,<br><br>                Defendant. | No. 20-cv-07386 (JPO)<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

The motion to withdraw Oliver Joe Fong, Sarah L. Segal, and Venus Allahyarzadeh as counsel for Defendant in the above captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**.

Accordingly, the Clerk of the Court is directed to close ECF No. 90.

Dated: February 6, 2023

                                                                    J. PAUL OETKEN<br>                                                           United States District Judge