IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., | No. 20-cv-07386 (JPO) |
| Plaintiff, | |
| v. | **MOTION FOR WITHDRAWAL OF MICHAEL B. CARLINSKY OF QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| AMYRIS, INC., | |
| Defendant. | |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned Michael B. Carlinsky of Quinn Emanuel Urquhart & Sullivan, LLP hereby moves this Court, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York, for an Order (1) permitting my withdrawal as counsel for Defendant in the above-captioned matter and (2) removing me from the Case Management/Electronic Case Files (CM/ECF) notification list in this matter. Defendant will continue to be adequately represented in this action by its additional counsel of record at the law firm of Gibson, Dunn & Crutcher LLP.

DATED:   February 8, 2023                    Respectfully submitted,

By:  /s/ *Michael B. Carlinsky*
_____
Michael B. Carlinsky
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
E-mail: michaelcarlinksy@quinnemanuel.com
Attorney for Defendant

1