IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>AMYRIS, INC.,<br><br>                    Defendant. | No. 20-cv-07386 (JPO)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF MICHAEL B. CARLINSKY OF QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

The motion of Michael B. Carlinsky to withdraw as counsel for Defendant in the above-captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**.

SO ORDERED:

_____
U.S.D.J

DATED: _____

1