IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>AMYRIS, INC.,<br><br>       Defendant. | No. 20-cv-07386 (JPO)<br><br>**MOTION FOR WITHDRAWAL OF KEVIN JOHNSON OF QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

**TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that the undersigned Kevin Johnson of Quinn Emanuel Urquhart & Sullivan, LLP hereby moves this Court, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York, for an Order (1) permitting my withdrawal as counsel for Defendant in the above-captioned matter and (2) removing me from the Case Management/Electronic Case Files (CM/ECF) notification list in this matter. Defendant will continue to be adequately represented in this action by its additional counsel of record at the law firm of Gibson, Dunn & Crutcher LLP.

DATED: February 8, 2023      Respectfully submitted,

                   By: /s/ *Kevin Johnson*

                   Kevin Johnson
                   QUINN EMANUEL URQUHART &
                   SULLIVAN, LLP
                   555 Twin Dolphin Drive, Suite 560
                   Redwood City, CA 94065
                   Telephone: 650-801-5000
                   Facsimile: 650-801-5100
                   E-mail: kevinjohnson@quinnemanuel.com
                   Attorney for Defendant