IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMYRIS, INC., <br><br> Defendant. | No. 20-cv-07386 (JPO) <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF KEVIN JOHNSON OF QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

The motion of Kevin Johnson to withdraw as counsel for Defendant in the above-captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**.

SO ORDERED:

_____
U.S.D.J

DATED: _____

1