IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>AMYRIS, INC.,<br><br>                      Defendant. | No. 20-cv-07386 (JPO)<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF MICHAEL B. CARLINSKY OF QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

The motion of Michael B. Carlinsky to withdraw as counsel for Defendant in the above-captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**. The Clerk of the Court is directed to terminate Mr. Carlinsky on the ECF Docket and to close the entry at ECF No. 96.

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

DATED: February 15, 2023
        New York, New York

1