IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>AMYRIS, INC.,<br><br>       Defendant. | No. 20-cv-07386 (JPO)<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF KEVIN JOHNSON OF QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

  The motion of Kevin Johnson to withdraw as counsel for Defendant in the above-captioned action and to be removed from the CM/ECF service list for this matter is **GRANTED**. The Clerk of the Court is directed to terminate Mr. Johnson as counsel on the ECF Docket and to close the entry at ECF No. 97.

              SO ORDERED:

DATED: February 15, 2023

              _____
              J. PAUL OETKEN
              United States District Judge