**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAVVAN, INC., <br><br>            Plaintiff, <br><br>    -against- <br><br> AMYRIS, INC., <br><br>            Defendant. | No. 20-cv-07386 (JPO) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE PENDING DECISION IN ICC ARBITRATION** |

Pursuant to the parties' stipulation, and good cause appearing, the above captioned action is hereby STAYED for the shorter of (i) 5 business days after the arbitral tribunal issues the award, or (ii) 120 days, WITHOUT PREJUDICE to a potential further extension on agreement or application.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE J. PAUL OETKEN
United States District Judge