# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>      Plaintiff,<br><br>-against-<br><br>AMYRIS, INC.,<br><br>      Defendant. | No. 20-cv-07386 (JPO)<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING DECISION IN ICC ARBITRATION** |

  Pursuant to the parties' stipulation, and good cause appearing, the above captioned action is hereby STAYED for the shorter of (i) 5 business days after the arbitral tribunal issues the award, or (ii) 120 days, WITHOUT PREJUDICE to a potential further extension on agreement or application.

  IT IS SO ORDERED.

Dated:   February 16, 2023

                           _____
                            J. PAUL OETKEN
                            United States District Judge