# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC., <br><br> Plaintiff, <br><br> -against- <br><br> AMYRIS, INC., <br><br> Defendant. | No. 20-cv-07386 (JPO) |

## NOTICE OF CHANGE OF ADDRESS

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that effective July 24, 2023, the Palo Alto office of Gibson, Dunn & Crutcher LLP will have a new address as follows: **Gibson, Dunn & Crutcher LLP, 310 University Avenue, Palo Alto, CA 94301**. All telephone and facsimile numbers, as well as e-mail addresses, will remain the same.

DATED: July 27, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Chase Beauclair_
Chase Beauclair
310 University Avenue
Palo Alto, CA 94301
Tel.: 650.849.5300
Fax: 650.849.5333
CBeauclair@gibsondunn.com

Attorney for Defendant *Amyris, Inc.*

## **CERTICATE OF SERVICE**

I certify that the foregoing document was electronically filed with the Clerk of the Court on July 27, 2023, via the Court's CM/ECF system and has been served on all counsel of record who have consented to electronic service.

                                         */s/  Chase Beauclair*
                                         Chase Beauclair