## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>AMYRIS, INC.,<br><br>　　　　　　　Defendant. | No. 20-cv-07386 (JPO) |

### NOTICE OF PENDENCY OF CASE
### UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 9, 2023, Amyris, Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under Title 11 of Chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, which consisted an order for relief pursuant to 11 U.S.C. § 301(b) for each such Debtor and commenced the Debtors' chapter 11 cases.[1]  The Debtors' chapter 11 cases are jointly administered under Bankr. D. Del. Case No. 23-11131 (THM) and styled as *In re Amyris, Inc., et al.*  A copy of the electronic *Notice of Bankruptcy Case Filing* for Debtor Amyris, Inc. is attached hereto as **Exhibit A**.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/Amyris.  The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, *inter alia*: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' chapter 11 cases or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' chapter 11 cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' chapter 11 cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.

DATED: August 10, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: ___*/s/ Michael D. Celio*___
Michael D. Celio
310 University Avenue
Palo Alto, CA 94301
Tel.: 650.849.5300
Fax: 650.849.5333
MCelio@gibsondunn.com

Attorney for Defendant *Amyris, Inc.*

## CERTICATE OF SERVICE

      I certify that the foregoing document was electronically filed with the Clerk of the Court on August 10, 2023, via the Court's CM/ECF system and has been served on all counsel of record who have consented to electronic service.

                                        */s/ Michael D. Celio*
                                        Michael D. Celio

106532716.1