# Exhibit A

**Notice of Bankruptcy Case Filing**

United States Bankruptcy Court
District of Delaware

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/09/2023 at 9:35 PM and filed on 08/09/2023.



**Amyris, Inc.**
5885 Hollis Street
Suite100
Emeryville, CA 94608
Tax ID / EIN: 55-0856151

The case was filed by the debtor's attorney:

**James E O'Neill**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
302-652-4100

The case was assigned case number 23-11131.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Una O'Boyle**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 08/09/2023 23:36:08 |

| PACER Login: | JEOneill | Client Code: | 03703.003 |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 23-11131 |
| Billable Pages: | 1 | Cost: | 0.10 |