**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAVVAN, INC., <br><br>   Plaintiff, <br><br> -against- <br><br> AMYRIS, INC., <br><br>   Defendant. | No. 20-cv-07386 (JPO) |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that as of December 18, 2023, the **San Francisco office** of Gibson, Dunn & Crutcher LLP will have a new address as follows: **Gibson, Dunn & Crutcher LLP, One Embarcadero Center, Suite 2600, San Francisco, CA  94111-3715**. All telephone and facsimile numbers, as well as e-mail addresses, will remain the same.

DATED:  December 18, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:    */s/Kelsey Matevish*
Kelsey Matevish
Gibson Dunn & Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Tel:      415-393-8269
Email:   kmatevish@gibsondunn.com

Attorneys for Defendant *Amyris, Inc.*

## **CERTICATE OF SERVICE**

I certify that the foregoing document was electronically filed with the Clerk of the Court on December 18, 2023, via the Court's CM/ECF system and has been served on all counsel of record who have consented to electronic service.

                                                */s/Kelsey Matevish*
                                                Kelsey Matevish