March 1, 2024

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>*Lavvan, Inc. v. Amyris, Inc.*, No. 20-cv-07386 (JPO)</u>
       <u>Joint Status Letter Pursuant to Dkt. No. 107</u>

Dear Judge Oetken:

We are attorneys for Plaintiff Lavvan, Inc. ("Lavvan") and Defendant Amyris, Inc. ("Amyris") in the above-referenced action. On December 4, 2023, the Court requested that the parties file a joint status letter on or before March 1, 2024. Dkt. No. 107. We write to provide a status update to the Court. Lavvan and Amyris have agreed on a settlement and anticipate filing a joint stipulation of dismissal soon.

Respectfully Submitted,


By:   <u>/s/ Michael D. Celio</u>
      Michael D. Celio
      GIBSON, DUNN & CRUTCHER LLP

      *Counsel for Defendant Amyris, Inc.*

By:   <u>/s/ Ian M. Dumain</u>
      Ian M. Dumain
      CYRULNIK FATTARUSO LLP

      *Counsel for Plaintiff Lavvan, Inc.*

cc:   All Counsel of Record (Via ECF)