IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVVAN, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>AMYRIS, INC.,<br><br>                    Defendant. | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>No. 20-cv-07386 (JPO) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lavvan, Inc. and Defendant Amyris, Inc. that, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), all claims that are subject of, or arise out of, the above-captioned action are voluntarily dismissed with prejudice.

DATED: March 11, 2024

So ordered.
The Clerk of Court is directed to close this case.
Dated 3/21/2024

_____
J. PAUL OETKEN
United States District Judge

Respectfully submitted,

CYRULNIK FATTARUSO LLP

By: _____
Jason Cyrulnik
55 Broadway, Third Floor
New York, NY 10006
Tel.: 646.844.2466
JCyrulnik@cf-llp.com

*Attorney for Plaintiff Lavvan, Inc.*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Michael D. Celio
310 University Avenue
Palo Alto, CA 94301
Tel.: 650.849.5300
MCelio@gibsondunn.com

*Attorney for Defendant Amyris, Inc.*

1